This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

    Plaintiff-Appellee,

v.                           **NO. 34,080**

**MICHAEL STEVENS,**

    Defendant-Appellant,

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Douglas R. Driggers, District Judge**

Hector H. Balderas, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellee

Alderman Law Firm
Kimberly Alderman
Denver, CO

for Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1} Defendant Michael Stevens appeals from the amended judgment, order and commitment to the corrections department, following his plea agreement with the State and his initial sentencing.

{2} This Court issued a calendar notice proposing to affirm Defendant's convictions for larceny and receiving stolen property, reverse the district court's amended judgment, and remand the case to the district court to resentence Defendant consistent with the original written judgment. We also proposed to conclude that, to the extent that Defendant raised an ineffective assistance of counsel claim because trial counsel failed to preserve the aforementioned issues for appeal, Defendant could not demonstrate prejudice because this Court addressed his issues on appeal.

{3} Defendant and the State filed separate responses in support of our notice. Accordingly, for the reasons stated in our notice of proposed disposition, we affirm Defendant's convictions for larceny and receiving stolen property, reverse the district court's amended judgment, and remand the case to the district court to resentence Defendant consistent with the original written judgment for imposition of a total of six and one-half years of imprisonment, followed by parole.

{4} **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

2

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**M. MONICA ZAMORA, Judge**